STATE OF TEXAS
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS 79101-2449

INRE CODY ALLEN JOHNSON                            CASE NO.07-15-00280-CV

                    MOTION FOR MANDAMUS
                    § 22.221 GOVT CODES
                    ART. 5§6 TEXAS

FILED
JUL 21 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG CLERK

TO THE HONORABLE COURT:

COMES NOW CODY ALLEN JOHNSON, WHOM IS INCARCERATED, PRO SE AND INDIGENT LONG HAVE NO

MONEY, MATERIAL WEALTH NOR INCOME FROM ANY SOURCE TO PAY FOR FEES, COSTS NOR FOR

ATTORNEY TRCP 145 TRAP 20.1 NOTICE HIGGINS 257 SW3d 684 , LESS STRIGENT THAN FOR

LAWYERS ERICKSON 127 SC 2179, FRCP 8,12 SEE GOVT CODES §51.204 CLICK 867 SW2d 406

TRIAL #4447 TRIED 10-21-2009, FOR AGG. SEX ASST/CHILD.

                    PRIOR LITIGATION UNDER TCP&RCODES §14.004

    AS PER LETTER I RECEIVED DATED JULY 9,2015, ON, JULY 14,2015, AS PER §11.051,

I HAVE NO PRIORS, CIVIL NOR CRIMINAL, PLEASE SEND ME THE ENTIRE RECORDS LOG AND THE

POLICE REPORTS, ENCLOSED YOU WILL FIND A COPY OF MY INMATE TRUST FUND ACCOUNT.

§132.003TCP&RCODES I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT

CODY ALLEN JOHNSON

#1761851 HIGHTOWER

902 FM 686

DAYTON, TEXAS 77535                    CC SHERRI JONES

7/17/15                               DISTRICT CLERK

                                      P.O. BOX 528

                                      WHEELER, TEXAS 79096

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        07/16/15
HI05/DWE9509                IN-FORMA-PAUPERIS DATA                10:03:23
TDCJ#: 01761851 SID#: 07559270 LOCATION: HIGHTOWER      INDIGENT DTE: 03/17/14
NAME: JOHNSON,CODY ALLEN                    BEGINNING PERIOD:
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.00 TOT HOLD AMT:          0.00 3MTH TOT DEP:
6MTH DEP:                   6MTH AVG BAL:              6MTH AVG DEP:
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
```

PROCESS DATE    HOLD AMOUNT      HOLD DESCRIPTION
                                 --------------------
                                 NO BANKING ACTIVITY
                                 WITHIN THE PAST 6
                                 MONTH PERIOD.
                                 --------------------

**FILED**

JUL 21 2015

SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

STATE OF TEXAS COUNTY OF Liberty
ON THIS THE 16 DAY OF July 2015 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



REBECCA VEGA
Notary Public Without Bond
STATE OF TEXAS
My Comm. Exp. 09/17/2018

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

# RECORDS RELEASE
# AUTHORIZATION



FILED
JUL 21 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

I, the below named and numbered offender, hereby authorize the Texas Department of Criminal Justice to release records pertaining to my trust fund account, as requested by

_Court of Appeals_ (Identify Court, Attorney, or entity as defined in Rule 3 9 2 1-Special Correspondence Rules)

I, offender _Cody Johnson_, - TDCJ# _176185 1_,

being presently incarcerated at the _L V Hightower_ Unit/Facility of the Texas Department of Criminal Justice, in _Liberty_ County, Texas declare under penalty of perjury that the foregoing is true and correct

Executed on this the _16_ day of _July_ 20_15_

By _(Cody Johnson)_ Witness _N. Welch_
(Offender Signature) (Approved-Witnessing Authority Signature)

INSTRUCTIONS:
1  The offender completes above information, signs and dates the Records Release Authorization in the presence of the approved witnessing authority (Access to Courts Representative)
2  The witnessing authority identifies the offender by ID card or records and, upon verification, witnesses the offender's signature by signing the Records Release Authorization, which the witnessing authority will maintain
3  The witnessing authority prints out a copy of the offender's "TFBA" computer screen, certifies it, and retains a duplicate copy for their records
4  The offender is required to have an addressed, stamped envelope prepared for mailing  The witnessing authority then places a copy of the certified "TFBA" printout in the addressed and stamped envelope and the envelope is sealed and placed in the outgoing mail

Cody A. Johnson #1761851
High Tower Unit
902 F.M. 686
Dayton, TX 77535

HOUSTON TX 77
17 JUL 2015 PM 5 L

The State of Texas
7th Court of Appeals
Vivian Long, Clerk
P.O. Box 9540
Amarillo, TX 79105-9540

79105954040